**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Browserweb Media Agency, Mark Burke v. Maxus Energy
                        Corporation

Appellate case number:   01-14-01028-CV

Trial court case number: 2014-63727

Trial court:             11th District Court of Harris County

Appellee Maxus Energy Corporation's Motion to Dismiss filed April 14, 2015 is **DENIED**.

Appellant filed a response to the Motion to Dismiss on April 15, 2015 in which he requests an additional 30 days to file his brief. The motion is **GRANTED, with no further extensions**. Appellant's brief is due May 8, 2015.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                    ☑ Acting individually    ☐ Acting for the Court

Date: April 16, 2015